BEFORE THE SECOND DIVISION, DECEMBER 7, 1966

**No. P66/361.**—J. C. De Jong & Co., Inc. *v.* United States, protests 60/24609 and 64/21878 (New York).

Rao, C.J. In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of pole ends similar in all material respects to those the subject of *J. C. De Jong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), and that the items of merchandise marked "B" covered by the foregoing protests consist of brass pole rings similar in all material respects to those the subject of *Kroder Reubel Co., Inc.*, and *Alltransport, Inc.* v. *United States* (44 Cust. Ct. 274, C.D. 2186), the claim of the plaintiff was sustained.